AO 451 (Rev.12/93) Certification of Judgment

# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __ALABAMA__

WELLS FARGO BANK N.A.
    Plaintiff,
V.
NICK D. WELCH,
    Defendant.

2:14mc50-KS-MTP
SOUTHERN DISTRICT OF MISSISSIPPI
FILED
APR 08 2014
ARTHUR JOHNSTON
BY _____ DEPUTY

**CERTIFICATION OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT**

Case Number:     2:13-cv-158-AKK

I, __Sharon Harris__ Clerk of the United States district court certify that the attached judgment is a true and correct copy of the original judgment entered in this action __Nov. 25, 2013__, as it appears in the records of this court, and that
                                                                     Date

\* No notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed.

**IN TESTIMONY WHEREOF,** I sign my name and affix the seal of this Court.

February 14, 2014
Date

Sharon Harris
Clerk

_Shirley A. Williams_
(By) Deputy Clerk

---

\*Insert the appropriate language: ..."no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed." ..."no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure (†) have been disposed of, the latest order disposing of such a motion having been entered on [date]." ..."an appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on [date]. ..."an appeal was taken from this judgment and the appeal was dismissed by order entered on [date]."

(†Note: The motions listed in Rule 4(a), Fed. R. App. P., are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
APR 08 2014
ARTHUR JOHNSTON
BY _____ DEPUTY

| | |
|---|---|
| WELLS FARGO BANK, N.A., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action Number |
| ) | **2:13-cv-158-AKK** |
| NICK D. WELCH, ) | |
| ) | |
| Defendant. ) | |

## CONSENT JUDGMENT

Based upon the agreement of the parties, doc. 21, the Court hereby enters final judgment in favor of the Plaintiff Wells Fargo Bank, N.A., and against Defendant Nick D. Welch as follows:

1. Judgment in the amount of $745,709.01, consisting of the principal amounts owing under the Loan Documents (as such term is defined in the Complaint) in the amount of $595,000.00, accrued and unpaid interest as of October 28, 2013 in the amount of $131,680.69, late chargers as of October 28, 2013 in the amount of $4,002.33, and costs of collection, including attorneys' fees in the amount of $15,025.99; plus

2. Pre-judgment interest accruing on the foregoing at the per diem rate

of $148.75 from October 28, 2013 to the date judgment is entered;

plus

3. Post-judgment interest accruing on the above described amounts at the statutory rate.

Done the 25th day of November, 2013.

_____
ABDUL K. KALLON
UNITED STATES DISTRICT JUDGE

A TRUE COPY
SHARON N. HARRIS, CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
BY: _____
DEPUTY CLERK