IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

| | |
|---|---|
| **WELLS FARGO BANK, N.A.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CASE NO.: 2:14-mc-00050-KS-MTP |
| | ) |
| **NICK D. WELCH,** | ) |
| | ) |
| **Defendant.** | ) |

## NOTICE OF SATISFACTION OF CONSENT JUDGMENT

**COMES NOW** plaintiff Wells Fargo Bank, N.A., successor by merger to Wachovia Bank, National Association ("Plaintiff"), holder of that certain Consent Judgment dated November 25, 2013 entered by the United States District Court for the Northern District of Alabama against defendant Nick D. Welch (the "Defendant"), in the amount of $745,709.01, plus: (i) pre-judgment interest at the per diem rate of $148.75 from October 28, 2013 to November 25, 2013, (ii) post-judgment interest on the above described amounts at the statutory rate, which was registered with the United States District Court for the Southern District of Mississippi, Eastern Division, on April 8, 2014 (Docket No. 1), and hereby files this *Notice of Satisfaction of Consent Judgment* to reflect that the judgment against Defendant has been **SATISFIED IN FULL**.

Dated this the 17th day of December, 2014.

/s/ John M. Lassiter
John M. Lassiter (MS Bar #102235)
Attorney for Plaintiff WELLS FARGO BANK, N.A.

**OF COUNSEL:**
BURR & FORMAN LLP
401 East Capitol Street, Suite 100
Jackson, Mississippi 39201
Telephone: (601) 355-3434
jlassite@burr.com

22351529 v1